1    Timothy M. Rastello
Holland & Hart LLP
2    One Boulder Plaza
1800 Broadway, Suite 300
3    Boulder, CO  80302
Tele:  303-473-2727
4    Fax:  303-975-5358
trastello@hollandhart.com
5

6    Daniel T. Foley, Esq.
Foley & Foley
850 E. Bonneville Avenue
7    Las Vegas, NV  89101
702-384-2070
8    702-384-2128 (fax)

9    Attorneys for Plaintiffs

10            **UNITED STATES DISTRICT COURT**

11            **FOR THE DISTRICT OF NEVADA**

12    MICHAEL C. DELEW, individually;     )
MICHAEL C. DELEW, as Special        )
13    Administrator of the Estate of        )
ERIN RAE DELEW; H. ROY          )
14    MAYBERRY; and VICKY MAYBERRY,   )
                              )   CASE NO. CV-S-00-460- LRL
15             Plaintiffs,      )
                              )
16          vs.            )   **STIPULATION AND ORDER FOR**
                              )       **DISMISSAL WITH PREJUDICE**
17    STATE OF NEVADA *ex rel.* NEVADA   )
HIGHWAY PATROL, MICHAEL HOOD, )
18    GALE CORBIN, ROBERT BRADSHAW, )
KENNETH PEPPLEY,          )
19    WILLIAM ADAMSON, HARVEY
WEATHERFORD, JOSEPH SMITH,
20    GARTH GARDNER, JOSEPH
WYNGARD, VINCE DING-LASAN, and
21    JAMES BRANNUM,

22            Defendants.

23    ————————————————————

24        Pursuant to Rule 41(a)(2), Fed.R.Civ.P., Plaintiffs and Defendants, State of

25    Nevada e*x rel.,* Nevada Highway Patrol, and Michael Hood, Gale Corbin, Robert

26    Bradshaw, Kenneth Peppley, William Adamson, Harvey Weatherford, Joseph A. Smith,

27    Garth Gardner, Joseph Wyngard, Vince Ding-Lasan, and James Brannum, individually

28

                                         1

and in their official capacities, hereby stipulate to dismissal with prejudice of all claims against one another.

DATED March 22, 2010.


_s/ Timothy M. Rastello_____          _ s/ Jill C. Davis_____
Timothy M. Rastello                   Jill C. Davis
Holland & Hart LLP                    Senior Deputy Attorney General
One Boulder Plaza                     Public Safety Division
1800 Broadway                         555 East Washington Avenue
Suite 300                             Suite 3900
Boulder, CO  80302                    Las Vegas, NV  89101
Telephone:  303-473-2727              Telephone:  (702) 486-2625
Email:  trastello@hollandhart.com     Email:  JDavis@ag.nv.gov

**COUNSEL FOR PLAINTIFFS**            **COUNSEL FOR DEFENDANTS, STATE OF NEVADA EX REL., NEVADA HIGHWAY PATROL, AND MICHAEL HOOD, GALE CORBIN, ROBERT BRADSHAW, KENNETH PEPPLEY, WILLIAM ADAMSON, HARVEY WEATHERFORD, JOSEPH A. SMITH, GARTH GARDNER, JOSEPH WYNGARD, VINCE DING-LASAN, AND JAMES BRANNUM,**

**IT IS SO ORDERED:**

_____
**UNITED STATES** MAGISTRATE JUDGE


**DATED:**___ 8-4-10                _____

2

## PROOF OF SERVICE

I certify that on March 22, 2010 I served a copy of the foregoing document to the following by

☐ U.S. Mail, postage prepaid
☐ Hand Delivery
☐ Fax
☒ Electronic Service by CM/ECF

JILL C. DAVIS
Senior Deputy Attorney General
Public Safety Division
555 East Washington Avenue
Suite 3900
Las Vegas, NV  89101

*s/ Timothy M. Rastello*

4756034_2.DOC